UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN EDWARD KOZ AND | ) | |
|   HEATHER MASSEY KOZ, | ) | Case No. 16-30917 |
| | ) | Chapter 7 |
| Debtors. | ) | |

### REPORT OF SALE

    NOW COMES, A BURTON SHUFORD, TRUSTEE, and respectfully makes this Report of Sale pursuant to Rule 6004 of the Rules of Bankruptcy Procedure:

  1. Pursuant to the order of this Court entered on February 21, 2017 the Trustee has sold all of his interest in the real estate described hereinbelow:

**Property Address of 2369 Capes Cove Drive, Sherrills Ford, Catawba County, North Carolina, 28637 and Boat slip #28, Dock D**

  2. The total receipts paid to the bankruptcy estate from this sale were $30,194.75.

  3. Attached hereto is a true and accurate copy of the closing statement from said sale.

  This the 8th day of March, 2017.

                                                        /s/ A. Burton Shuford
                                                      A. Burton Shuford, NCBN 10035
                                                      4700 Lebanon Road, Suite A-2
                                                      Mint Hill, North Carolina 28227
                                                      Direct Dial: (980) 321-7000
                                                      bshuford@abshuford.com
                                                      Attorney for the Trustee

# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

## B. Type of Loan

| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number: 17-2646 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA  5. ☐ Conv. Ins. | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Vandelay999, LLC | A. Burton Shuford, Trustee in Bankruptcy for John Edward Koz and Heather Massey Koz, Case No. 16-30917 United States Bankruptcy Court for the Western District of North Carolina | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: 03/01/2017 |
|---|---|---|
| 2369 Capes Cove Drive Sherrills Ford, NC 28673 | Knipp Law Office, PLLC. 8221 Village Harbor Dr, Cornelius, NC 28031 | Disbursement Date: 03/01/2017 |
| | Place of Settlement: 8221 Village Harbor Dr, Cornelius, NC 28031 | TitleExpress |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 35,000.00 | 401. Contract sales price | 35,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 662.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments   03/01/2017 to 12/31/2017 | 1,064.71 | 408. Assessments   03/01/2017 to 12/31/2017 | 1,064.71 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **36,726.71** | **420. Gross Amount Due to Seller** | **36,064.71** |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | 3,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 5,809.73 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Disbursed as proceeds ($3,000.00) | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes   01/01/2017 to 03/01/2017 | 60.23 | 511. County taxes   01/01/2017 to 03/01/2017 | 60.23 |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **3,060.23** | **520. Total Reduction Amount Due Seller** | **5,869.96** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 36,726.71 | 601. Gross amount due to seller (line 420) | 36,064.71 |
| 302. Less amounts paid by/for borrower (line 220) | 3,060.23 | 602. Less reductions in amount due seller (line 520) | 5,869.96 |
| **303. Cash   [X] From   [ ] To Borrower** | **33,666.48** | **603. Cash   [X] To   [ ] From Seller** | **30,194.75** |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| L. Settlement Charges | | | | |
|---|---|---|---|---|
| **700.** | **Total Real Estate Broker Fees** $3,500.00 | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| | Division of commission (line 700) as follows: | | | |
| 701. | $1,750.00 to Lake Norman Realty | | | |
| 702. | $1,750.00 to Remax Integrity | | | |
| 703. | Commission paid at settlement | | | 3,500.00 |
| **800.** | **Items Payable in Connection with Loan** | | | |
| 801. | Our origination charge (Includes Origination Point 0.000% or $0.00) $ | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen $ | (from GFE #2) | | |
| 803. | Your adjusted origination charges | (from GFE A) | | |
| 804. | Appraisal fee to | (from GFE #3) | | |
| 805. | Credit report to | (from GFE #3) | | |
| 806. | Tax service to | (from GFE #3) | | |
| 807. | Flood certification to | (from GFE #3) | | |
| 808. | to | | | |
| **900.** | **Items Required by Lender to be Paid in Advance** | | | |
| 901. | Daily interest charges from from 03/01/2017 to 04/01/2017 @ $0.00/day | (from GFE #10) | | |
| 902. | Mortgage insurance premium months to | (from GFE #3) | | |
| 903. | Homeowner's insurance months to | (from GFE #11) | | |
| 904. | months to | (from GFE #11) | | |
| **1000.** | **Reserves Deposited with Lender** | | | |
| 1001. | Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. | Homeowner's insurance months @ $ /month | | | |
| 1003. | Mortgage insurance months @ $ /month | | | |
| 1004. | Property taxes months @ $ /month | | | |
| 1005. | County taxes months @ $ 31.05/month $ | | | |
| 1006. | Assessments months @ $ 105.83/month $ | | | |
| 1007. | Aggregate Adjustment $ | | | |
| **1100.** | **Title Charges** | | | |
| 1101. | Title services and lender's title insurance $ | (from GFE #4) | 600.00 | |
| 1102. | Settlement or closing fee to $ | | | |
| 1103. | Owner's title insurance $ | (from GFE #5) | | |
| 1104. | Lender's title insurance $ | | | |
| 1105. | Lender's title policy limit $0.00 Lender's Policy | | | |
| 1106. | Owner's title policy limit $35,000.00 Owner's Policy | | | |
| 1107. | Agent's portion of the total title insurance premium $ to | | | |
| 1108. | Underwriter's portion of the total title insurance premium $ to | | | |
| 1109. | Assignment of Boat Slip Lease Prep to Knipp Law Office, PLLC | | | 150.00 |
| 1110. | Seller Admin Fee to Knipp Law Office, PLLC | | | 30.00 |
| **1200.** | **Government Recording and Transfer Charges** | | | |
| 1201. | Government recording charges $ | (from GFE #7) | 31.00 | |
| 1202. | Deed $31.00 Mortgage $ Release $ | | | |
| 1203. | Transfer taxes $ | (from GFE #8) | | |
| 1204. | City/County tax/stamps Deed $ Mortgage $ | | | |
| 1205. | Excise Tax on Conveyance Deed $70.00 Mortgage $ | | | 70.00 |
| 1206. | Deed $ Mortgage $ | | | |
| 1207. | Assignment of Boat Slip Lease Recording Fee | | 31.00 | |
| **1300.** | **Additional Settlement Charges** | | | |
| 1301. | Required services that you can shop for | (from GFE #6) | | |
| 1302. | to | | | |
| 1303. | to | | | |
| 1304. | 2016 Property Taxes to Catawba County Tax Collector | | | 385.68 |
| 1305. | Home Warranty to | | | |
| 1306. | HOA Certification Reimbursement to Knipp Law Office, PLLC | | | 290.00 |
| 1307. | HOA Current Balance to Northview Harbour Owners Association | | | 1,309.05 |
| 1308. | HOA Property Transfer Fee to Henderson Properties | | | 75.00 |
| **1400.** | **Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | **662.00** | **5,809.73** |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er. **Credit by lender shown on page 1. ***Credit by seller shown on page 1.

## HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

VANDELAY999, LLC

_____
John Scott Elliott, Member

**Sellers**

A. BURTON SHUFORD, TRUSTEE IN BANKRUPTCY FOR JOHN
EDWARD KOZ AND HEATHER MASSEY KOZ, CASE NO. 16-30917
UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF NORTH CAROLINA

_____
,

**Settlement Agent**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____          _____
SETTLEMENT AGENT                                     DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.