UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                       )
                                             )
JOHN EDWARD KOZ AND                          )
  HEATHER MASSEY KOZ,                        )         Case No. 16-30917
                                             )         Chapter 7
                             Debtors.        )

## APPLICATION FOR APPROVAL OF PAYMENT OF INTERIM DISTRIBUTION TO CREDITORS AND INTERIM TRUSTEE COMMISSION

The undersigned trustee hereby requests the Court approve the payment of an interim distribution to creditors. This application is appropriate where significant funds are available and closing of the case is not imminent. Applicant is the Trustee and additionally makes a request for interim allowance of compensation for professional services rendered as the Trustee

1.      A petition under Chapter 7 of the United States Bankruptcy Code was filed by the Debtors on June 2, 2016 and A. Burton Shuford trustee was appointed Trustee.

2.      The trustee has been faithfully and properly fulfilling his duties enumerated in 11 U.S.C. §704.

3.      The trustee is continuing to reduce to cash all scheduled and known assets of the estate that have not been released to the Debtors as exempt property pursuant to 11 U.S.C. § 522 or abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate to date is attached as Exhibit A.

4.      Attached as Exhibit B is a cash receipts and disbursements record for the estate bank account.

5.      The deadline for filing non-governmental claims in this case was October 6, 2016 and the deadline for filing governmental claims was November 29, 2016. All claims of each class which will receive an interim distribution have been examined and any objections to the allowance of claims have been resolved. As applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as Exhibit C.

6.      The Trustee's proposed distribution is attached as Exhibit D.

7.      The trustee realized gross receipts to date of $36,700.00 and proposes to distribute $30,000.00 of this amount as part of an interim distribution.

8.      Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,342.13. To the extent that additional assets may be received, the maximum

compensation will most likely increase.   The trustee has not received previous interim compensation and now requests a sum of $4,420.00.

WHEREFORE, the Trustee prays that this Court authorize an interim distribution to creditors per the attached Exhibit D.  The trustee further prays that this Court allow an interim trustee commission of $4,420.00.

This 21st day of December, 2017.

/s/ A Burton Shuford_____
A. Burton Shuford, NCBN 10035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Phone:  (980) 321-7000; bshuford@abshuford.com

# FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES



| Case No.: | 16-30917-JCW | Trustee Name: | |
|---|---|---|---|
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY | Date Filed (f) or Converted (c): | |
| For the Period Ending: | 12/18/2017 | §341(a) Meeting Date: | 07/06/2016 |
| | | Claims Bar Date: | 10/06/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | 5039 Poplar Grove Dr., Charlotte, NC, 28269 - T by E - purchase price 3/24/05 was $245K - tax value $236,900 | $265,000.00 | $7,000.00 | | $0.00 | $258,000.00 |
| **Asset Notes:** | De Min equity | | | | | |
| 2 | 2369 Capes Cove Drive, Sherrills Ford, NC - Vacant Land - T by E - Tax value $54,000; purchase price 2007 $94K | $55,000.00 | $35,200.00 | | $35,200.00 | FA |
| 3 | 2013 Audi A3 - needs tune up | $14,060.00 | $0.00 | | $0.00 | $14,060.00 |
| 4 | 2010 Chevrolet Tahoe - needs repairs to bumpers and needs front rotors | $8,812.00 | $0.00 | | $0.00 | $8,812.00 |
| 5 | Household Goods | $3,500.00 | $0.00 | | $0.00 | $3,500.00 |
| 6 | Electronics | $700.00 | $0.00 | | $0.00 | $700.00 |
| 7 | Golf clubs; yoga materials | $150.00 | $150.00 | | $0.00 | $0.00 |
| **Asset Notes:** | De Min value | | | | | |
| 8 | Clothing | $300.00 | $300.00 | | $0.00 | $0.00 |
| **Asset Notes:** | de min value | | | | | |
| 9 | Jewelry - 2 wedding bands, costume jewelry, sterling silver | $200.00 | $0.00 | | $0.00 | $200.00 |
| 10 | Cash | $200.00 | $0.00 | | $0.00 | $200.00 |
| 11 | BBT Checking | $500.00 | $0.00 | | $0.00 | $500.00 |
| 12 | BBT Savings | $1,500.00 | $0.00 | | $0.00 | $1,500.00 |
| 13 | Kustom Contracting, LLC (General contractor, produces income for Debtors but value of assets roughly equal to liabilities, hand to mouth operation; owned by female debtor but was capitalized by some of the male debtor's cash and it used some equipment which was previously purchased by corporations belonging to the male debtor - 100% ownership | $0.00 | $10,000.00 | | $1,500.00 | $8,500.00 |
| 14 | Rollover IRA - Questar Capital Corp | $14,255.04 | $0.00 | | $0.00 | $14,255.04 |
| 15 | Rollover IRA - Questar Capital Corp | $7,892.22 | $0.00 | | $0.00 | $7,892.22 |
| 16 | Roth IRA - Questar Capital Corp | $756.33 | $0.00 | | $0.00 | $756.33 |
| 17 | 529 Account for Chloe Fanya Koz | $25,862.53 | $0.00 | | $0.00 | $25,862.53 |

## FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

#### ASSET CASES

| Case No.: | 16-30917-JCW | | Trustee Name: | A. Burton Shuford |
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| For the Period Ending: | 12/18/2017 | | §341(a) Meeting Date: | 07/06/2016 |
| | | | Claims Bar Date: | 10/06/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18 | Minnesota Life, Term Life, through 9/15/2029 - Beneficiary John Koz | $0.00 | $0.00 | | $0.00 | $0.00 |
| 19 | Minnesota Life, Term Life, through 9/15/2029 - Beneficiary Heather Koz | $0.00 | $0.00 | | $0.00 | $0.00 |
| 20 | Amica Homeowners Insurance | $0.00 | $0.00 | | $0.00 | $0.00 |
| 21 | 2014 Cargo Trailer | $1,500.00 | $1,500.00 | | $0.00 | $1,500.00 |
| **Asset Notes:** | Per amendment of 8/2/16 | | | | | |
| 22 | Unclaimed Funds                    (u) | $221.33 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Per amendment of 1/26/17 and exemption allowed per order of 2/13/17 | | | | | |

TOTALS (Excluding unknown value)                                   **Gross Value of Remaining Assets**

$400,409.45          $54,150.00                      $36,700.00          $346,238.12

**Major Activities affecting case closing:**
07/17/2017     NOTES
01/12/2017     NOTES

| Initial Projected Date Of Final Report (TFR): | 06/02/2017 | /s/ A. BURTON SHUFORD |
| Current Projected Date Of Final Report (TFR): | 04/01/2018 | A. BURTON SHUFORD |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

EXHIBIT

B

| Case No. | 16-30917-JCW | Trustee Name: | |
|---|---|---|---|
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY | Bank Name: | |
| Primary Taxpayer ID #: | **-***4207 | Checking Acct #: | |
| Co-Debtor Taxpayer ID #: | **-***4208 | Account Title: | |
| For Period Beginning: | 6/2/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/18/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2016 | (2) | James & Patricia Nugent | Earnest Money - Vacant Lot | 1110-000 | $200.00 | | $200.00 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.14 | $199.86 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.32 | $199.54 |
| 01/17/2017 | (22) | State of NC - Dept. of State Treasurer | Unclaimed Funds | 1290-002 | $221.33 | | $420.87 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.48 | $420.39 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.61 | $419.78 |
| 03/08/2017 | | Knipp Law Office PLLC | Sale of Sherrills Ford Vacant Lot | * | $30,194.75 | | $30,614.53 |
| | (2) | | $35,000.00 | 1110-000 | | | $30,614.53 |
| | | | $(3,500.00) | 3510-000 | | | $30,614.53 |
| | | | Boat Slip Lease Prep and Seller Admin Fee $(180.00) | 2500-000 | | | $30,614.53 |
| | | | City County Tax Stamps $(70.00) | 2820-000 | | | $30,614.53 |
| | | | 2016 Property Taxes $(385.68) | 2820-000 | | | $30,614.53 |
| | | | HOA Expenses of 1674.05 less assessment for 2017 of 1064.71 $(609.34) | 2500-000 | | | $30,614.53 |
| | | | County Taxes $(60.23) | 2820-000 | | | $30,614.53 |
| 03/17/2017 | 5001 | TERESA WILSON | Order Doc 38 | 3510-000 | | $225.00 | $30,389.53 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.26 | $30,340.27 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $47.36 | $30,292.91 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.00 | $30,247.91 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.48 | $30,204.43 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.87 | $30,159.56 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.80 | $30,114.76 |
| 09/27/2017 | (13) | JOHN & HEATHER KOZ | PAYMENT ON SETTLEMENT | 1249-000 | $500.00 | | $30,614.76 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.36 | $30,571.40 |
| 10/27/2017 | (13) | John & Heather Koz | Payment on Settlement | 1249-000 | $500.00 | | $31,071.40 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.44 | $31,025.96 |
| 11/30/2017 | (13) | John & Heather Koz | PAYMENT ON SETTLEMENT | 1249-000 | $500.00 | | $31,525.96 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.60 | $31,481.36 |

| | | | | | SUBTOTALS | $32,116.08 | $634.72 |

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-30917-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4207 | Checking Acct #: | ******0917 |
| Co-Debtor Taxpayer ID #: | **-***4208 | Account Title: | |
| For Period Beginning: | 6/2/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/18/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $32,116.08 | $634.72 | $31,481.36 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $32,116.08 | $634.72 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $32,116.08 | $634.72 | |

**For the period of 6/2/2016 to 12/18/2017**

| | |
|---|---|
| Total Compensable Receipts: | $36,700.00 |
| Total Non-Compensable Receipts: | $221.33 |
| Total Comp/Non Comp Receipts: | $36,921.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,439.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,439.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/16/2016 to 12/18/2017**

| | |
|---|---|
| Total Compensable Receipts: | $36,700.00 |
| Total Non-Compensable Receipts: | $221.33 |
| Total Comp/Non Comp Receipts: | $36,921.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,439.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,439.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 16-30917-JCW | | | Trustee Name: | | A. Burton Shuford |
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY | | | Bank Name: | | Integrity Bank |
| Primary Taxpayer ID #: | **-***4207 | | | Checking Acct #: | | ******0917 |
| Co-Debtor Taxpayer ID #: | **-***4208 | | | Account Title: | | |
| For Period Beginning: | 6/2/2016 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 12/18/2017 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $32,116.08 | $634.72 | $31,481.36 |

| For the period of 6/2/2016 to 12/18/2017 | | For the entire history of the case between 06/02/2016 to 12/18/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $36,700.00 | Total Compensable Receipts: | $36,700.00 |
| Total Non-Compensable Receipts: | $221.33 | Total Non-Compensable Receipts: | $221.33 |
| Total Comp/Non Comp Receipts: | $36,921.33 | Total Comp/Non Comp Receipts: | $36,921.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,439.97 | Total Compensable Disbursements: | $5,439.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,439.97 | Total Comp/Non Comp Disbursements: | $5,439.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ A. BURTON SHUFORD

A. BURTON SHUFORD

CLAIM ANALYSIS REPORT

Page No: 1

| Case No.: | 16-30917-JCW |
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY |
| Taxpayer ID #: | 61-6564207 |
| Claims Bar Date: | 10/06/2016 |

| Trustee Name: | A. Burton Shuford |
| Date: | 12/18/2017 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 84 LUMBER COMPANY, L.P. 707 Grant Street Suite 3800 Pittsburgh PA 15219 | 07/15/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,879.33 | $11,879.33 | $0.00 | $0.00 | $0.00 | $11,879.33 |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | 09/27/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $4,420.00 | $4,420.00 | $0.00 | $0.00 | $0.00 | $4,420.00 |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | 09/27/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $37.58 | $37.58 | $0.00 | $0.00 | $0.00 | $37.58 |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | 09/27/2017 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $10,208.50 | $10,208.50 | $0.00 | $0.00 | $0.00 | $10,208.50 |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | 09/27/2017 | Attorney for Trustee Expenses (Trus | Allowed | 3120-000 | $0.00 | $1,361.78 | $1,361.78 | $0.00 | $0.00 | $0.00 | $1,361.78 |
| 5 | AMERICAN BUILDERS &#038; CONTRACTORS SUPPLY CO., INC. c/o H. Labiner PO Box 3425 Matthews NC 28106-3425 | 07/15/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,356.44 | $19,356.44 | $0.00 | $0.00 | $0.00 | $19,356.44 |
| 10 | AMERICAN EXPRESS BANK FSB c/o Becket & Lee, LLP PO Box 3001 Malvern PA 19355-0701 | 09/15/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,704.99 | $25,704.99 | $0.00 | $0.00 | $0.00 | $25,704.99 |



CLAIM ANALYSIS REPORT

Case No.: 16-30917-JCW
Case Name: KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY
Taxpayer ID #: 61-6564207
Claims Bar Date: 10/06/2016

Trustee Name: A. Burton Shuford
Date: 12/18/2017

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | AMERICAN EXPRESS BANK FSB c/o Becket & Lee, LLP PO Box 3001 Malvern PA 19355-0701 | 09/15/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,531.36 | $54,531.36 | $0.00 | $0.00 | $0.00 | $54,531.36 |
| 1 | BB&T, BANKRUPTCY SECTION 100-50-01-51 P.O. Box 1847 Wilson NC 27894 | 07/12/2016 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $68,187.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL CITY ROOFING SUPPLY OF CHARLOTTE, LLC c/o Hunter Warfield 4620 Woodland Corporate Blvd. Tampa FL 33614 | 10/04/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $32,165.42 | $32,165.42 | $0.00 | $0.00 | $0.00 | $32,165.42 |
| 8 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 08/17/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,819.42 | $8,819.42 | $0.00 | $0.00 | $0.00 | $8,819.42 |
| 9 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 08/18/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,751.76 | $1,751.76 | $0.00 | $0.00 | $0.00 | $1,751.76 |
|  | EDWARD P. BOWERS 219-A Wilmot Drive Gastonia NC 28054 | 09/26/2017 | Accountant for Trustee Fees (Other | Allowed | 3410-000 | $0.00 | $3,562.50 | $3,562.50 | $0.00 | $0.00 | $0.00 | $3,562.50 |
|  | EDWARD P. BOWERS 219-A Wilmot Drive Gastonia NC 28054 | 09/26/2017 | Accountant for Trustee Expenses (Ot | Allowed | 3420-000 | $0.00 | $1.30 | $1.30 | $0.00 | $0.00 | $0.00 | $1.30 |

**CLAIM ANALYSIS REPORT**

Page No: 3

| Case No. | 16-30917-JCW |
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY |
| Taxpayer ID #: | 61-6564207 |
| Claims Bar Date: | 10/06/2016 |

| Trustee Name: | A. Burton Shuford |
| Date: | 12/18/2017 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | GULFSIDE SUPPLY, INC. DBA GULFEAGLE SUPPLY P. O. Box 1801 Raleigh NC 27602-1801 | 07/13/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $74,682.64 | $74,682.64 | $0.00 | $0.00 | $0.00 | $74,682.64 |
| 6 | IRS Internal Revenue Service Kansas City MO 64999-0010 | 07/19/2016 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $38,161.24 | $38,161.24 | $0.00 | $0.00 | $0.00 | $38,161.24 |
| 6a | IRS Internal Revenue Service Kansas City MO 64999-0010 | 07/19/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,995.77 | $3,995.77 | $0.00 | $0.00 | $0.00 | $3,995.77 |
| 3 | NORTH CAROLINA DEPARTMENT OF REVENUE Bankruptcy Unit P.O. Box 1168 Raleigh NC 27602-1168 | 07/14/2016 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $1,872.24 | $1,872.24 | $0.00 | $0.00 | $0.00 | $1,872.24 |
| 3a | NORTH CAROLINA DEPARTMENT OF REVENUE Bankruptcy Unit P.O. Box 1168 Raleigh NC 27602-1168 | 07/14/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $470.25 | $470.25 | $0.00 | $0.00 | $0.00 | $470.25 |
| | TERESA WILSON 6617 Alexander Road Charlotte NC 28270 | 09/27/2017 | Realtor for Trustee Fees (Real Esta | Allowed | 3510-000 | $0.00 | $225.00 | $225.00 | $225.00 | $0.00 | $0.00 | $0.00 |
| 7 | WILLIAM T. LATHAM c/o Robert J. Bernhardt Bernhardt and Strawser, P.A. 5821 Fairview Rd.; Ste. 100 Charlotte NC 28209 | 08/04/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $252,771.16 | $252,771.16 | $0.00 | $0.00 | $0.00 | $252,771.16 |

**CLAIM ANALYSIS REPORT**

Page No: 4

| | |
|---|---|
| Case No. | 16-30917-JCW |
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY |
| Taxpayer ID #: | 61-6564207 |
| Claims Bar Date: | 10/06/2016 |

| | |
|---|---|
| Trustee Name: | A. Burton Shuford |
| Date: | 12/18/2017 |

| $614,165.94 | $545,978.68 | $225.00 | $0.00 | $0.00 | $545,753.68 |
|---|---|---|---|---|---|

**CLAIM ANALYSIS REPORT**

| | |
|---|---|
| Case No. | 16-30917-JCW |
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY |
| Taxpayer ID #: | 61-6564207 |
| Claims Bar Date: | 10/06/2016 |

| | |
|---|---|
| Trustee Name: | A. Burton Shuford |
| Date: | 12/18/2017 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Ot | $1.30 | $1.30 | $0.00 | $0.00 | $0.00 | $1.30 |
| Accountant for Trustee Fees (Other | $3,562.50 | $3,562.50 | $0.00 | $0.00 | $0.00 | $3,562.50 |
| Attorney for Trustee Expenses (Trus | $1,361.78 | $1,361.78 | $0.00 | $0.00 | $0.00 | $1,361.78 |
| Attorney for Trustee Fees (Trustee | $10,208.50 | $10,208.50 | $0.00 | $0.00 | $0.00 | $10,208.50 |
| Claims of Governmental Units - 507( | $40,033.48 | $40,033.48 | $0.00 | $0.00 | $0.00 | $40,033.48 |
| General Unsecured 726(a)(2) | $486,128.54 | $486,128.54 | $0.00 | $0.00 | $0.00 | $486,128.54 |
| Real Estate - Consensual Liens | $68,187.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Realtor for Trustee Fees (Real Esta | $225.00 | $225.00 | $225.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $4,420.00 | $4,420.00 | $0.00 | $0.00 | $0.00 | $4,420.00 |
| Trustee Expenses | $37.58 | $37.58 | $0.00 | $0.00 | $0.00 | $37.58 |

## PROPOSED CLAIM DISTRIBUTION REPORT

| | | | |
|---|---|---|---|
| **Trustee Name:** | A. Burton Shuford | **Distribution Date:** | 12/18/2017 |
| **Case Number:** | 16-30917-JCW | **Distribution Amt:** | $30,000.00 |
| **Case Name:** | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY | **Tax ID:** | 616564207 |
| **Claims Bar Date:** | 10/06/2016 | **Date:** | 12/18/2017 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| Beginning Balance | | | | | | | | $30,000.00 |
| | EDWARD P. BOWERS 219-A Wilmot Drive Gastonia NC 28054 | Accountant for Trustee Expenses (Ot | 3420-000 | $1.30 | $0.00 | $0.00 | $1.30 | $29,998.70 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Accountant for Trustee Expenses (Ot | | | | $1.30 | $0.00 | $0.00 | $1.30 | |
| | EDWARD P. BOWERS 219-A Wilmot Drive Gastonia NC 28054 | Accountant for Trustee Fees (Other | 3410-000 | $3562.50 | $0.00 | $0.00 | $3,562.50 | $26,436.20 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Accountant for Trustee Fees (Other | | | | $3,562.50 | $0.00 | $0.00 | $3,562.50 | |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | Attorney for Trustee Expenses (Trus | 3120-000 | $1361.78 | $0.00 | $0.00 | $1,361.78 | $25,074.42 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Attorney for Trustee Expenses (Trus | | | | $1,361.78 | $0.00 | $0.00 | $1,361.78 | |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | Attorney for Trustee Fees (Trustee | 3110-000 | $10208.50 | $0.00 | $0.00 | $10,208.50 | $14,865.92 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Attorney for Trustee Fees (Trustee | | | | $10,208.50 | $0.00 | $0.00 | $10,208.50 | |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | Trustee Compensation | 2100-000 | $4420.00 | $0.00 | $0.00 | $4,420.00 | $10,445.92 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Compensation | | | | $4,420.00 | $0.00 | $0.00 | $4,420.00 | |
| | A. BURTON SHUFORD 4700 Lebanon Road Suite #A-2 Mint Hill NC 28227 | Trustee Expenses | 2200-000 | $37.58 | $0.00 | $0.00 | $37.58 | $10,408.34 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Expenses | | | | $37.58 | $0.00 | $0.00 | $37.58 | |
| 3 | NORTH CAROLINA DEPARTMENT OF REVENUE Bankruptcy Unit P.O. Box 1168 Raleigh NC 276021168 | Claims of Governmental Units - 507( | 5800-000 | $1872.24 | $0.00 | $0.00 | $486.77 | $9,921.57 |
| | Percent Paid: 26.00% | Notes: | | | | | | |

**EXHIBIT D**

### PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | A. Burton Shuford | | Distribution Date: | 12/18/2017 |
| Case Number: | 16-30917-JCW | | Distribution Amt: | $30,000.00 |
| Case Name: | KOZ, JOHN EDWARD AND KOZ, HEATHER MASSEY | | Tax ID: | 616564207 |
| Claims Bar Date: | 10/06/2016 | | Date: | 12/18/2017 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 6 | IRS<br>Internal Revenue<br>Service<br>Kansas City MO<br>649990010 | Claims of<br>Governmental Units -<br>507( | 5800-000 | $38161.24 | $0.00 | $0.00 | $9,921.57 | $0.00 |
| | Percent Paid: 26.00% | Notes: | | | | | | |
| Sub-Totals: Claims of Governmental Units - 507( | | | | $40,033.48 | $0.00 | $0.00 | $10,408.34 | |
| | | | TOTALS: | $59625.14 | $0.00 | $0.00 | $30,000.00 | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

| | | |
|---|---|---|
| John Edward Koz | } | **Case No.: 16-30917** |
| Heather Massey Koz | } | |
| | } | **Chapter 7** |
| | } | |
| | } | |
| Debtors | } | |

## BANKRUPTCY ADMINISTRATOR'S STATEMENT OF POSITION
## REGARDING TRUSTEE'S INTERIM REPORT AND PROPOSED
## DISTRIBUTION

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under title 11 of the United States Code. This Bankruptcy Administrator's Statement of Position Regarding Trustee's Interim Report and Proposed Distribution is filed pursuant to that authority.

2. The Office of the Bankruptcy Administrator has reviewed the Trustee's Interim Report and Proposed Distribution submitted by A. Burton Shuford, Trustee in the above captioned Chapter 7 case, and subject to the proper filing and noticing of the Trustee's Interim Report and Proposed Distribution as well as all applications submitted to the Office of the Bankruptcy Administrator for review, the Office of the Bankruptcy Administrator has found no basis upon which to raise any objection.

Date: December 20, 2017

Shelley K. Abel
U.S. Bankruptcy Administrator
NC State Bar # 34370
402 West Trade Street, Suite 200
Charlotte, NC 28202-1669
Telephone: (704) 350-7587
Fax: (704) 344-6666

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                )
                                      )
JOHN EDWARD KOZ AND                   )
  HEATHER MASSEY KOZ,                 )        Case No. 16-30917
                                      )        Chapter 7
                        Debtors.      )

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of by depositing copies of *APPLICATION FOR APPROVAL OF PAYMENT OF INTERIM DISTRIBUTION TO CREDITORS AND INTERIM TRUSTEE COMMISSION* by either Electronic Case Filing as indicated below or in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the parties listed below:

Shelley Koon Abel, US Bankruptcy Administrator        Via Electronic Case Filing

James H. Henderson, Counsel for Debtor                Via Electronic Case Filing

John Edward Koz
Heather Massey Koz
5039 Poplar Grove Dr.
Charlotte, NC 28269

This 21st day of December, 2017.

                          /s/ A Burton Shuford
                          A. Burton Shuford, NCBN 10035
                          Attorney for the Trustee
                          4700 Lebanon Road, Suite A-2
                          Mint Hill, NC  28227
                          Phone:  (980) 321-7000; bshuford@abshuford.com